Decided March 28, 2017

| | | |
|---|---|---|
| Anonymous, Matter of, v Molik | 3d Dept: 141 AD3d 162 | granted |
| Barhite, Matter of, v Town of Dewitt | 4th Dept: 144 AD3d 1645 | denied |
| Clarke, Matter of, v Wiltshire | 2d Dept: 145 AD3d 776 | denied* |
| D.H. v State of New York | 4th Dept: 144 AD3d 1559 | denied* |
| Emmanuel W., Matter of (Tamika D.) | 2d Dept: 144 AD3d 1028 (Proceeding No. 2) | denied |
| Era O., Matter of (Emmanuel O.) | 2d Dept: 145 AD3d 895 (Proceeding No. 1) | denied* |
| Jin Chung v Lehmann | 1st Dept: 144 AD3d 563 | denied |
| Julius O., Matter of (Emmanuel O.) | 2d Dept: 145 AD3d 895 | denied* |
| Kantor v 75 Worth St., LLC | 1st Dept: 118 AD3d 622 | denied |
| Kellner v Town of Wappinger | 2d Dept: 145 AD3d 676 | denied |
| Kimberly F., Matter of (Maria F.) | 1st Dept: 146 AD3d 562 | denied |
| Martuscello, Matter of, v Jua TT. | 3d Dept: 145 AD3d 1355 | denied* |
| Mia C.W.D., Matter of (Tamika D.) | 2d Dept: 144 AD3d 1028 (Proceeding No. 1) | denied |
| Mt. Hawley Ins. Co. v Seville Elecs. Trading Corp. | 2d Dept: 139 AD3d 921 | denied |
| NRT N.Y. LLC v Johnson | 1st Dept: 142 AD3d 825 | denied |
| Oscibea O., Matter of (Emmanuel O.) | 2d Dept: 145 AD3d 895 (Proceeding No. 2) | denied* |
| Owens, Matter of, v Pound | 4th Dept: 145 AD3d 1643 | denied* |
| Patrick v United Parcel Serv., Inc. | 1st Dept: 141 AD3d 436 | denied |
| People v Arrahman | 2d Dept: 144 AD3d 1009 | denied |
| People v Benoit | 2d Dept: 145 AD3d 687 | denied |
| People v Fenton | 1st Dept: 145 AD3d 519 | denied |
| People v Flores | 1st Dept: 143 AD3d 611 | denied* |
| People v Fowler | 1st Dept: 145 AD3d 437 | denied |
| People v Guzman | 1st Dept: 145 AD3d 459 | denied |
| People v Haywood | 1st Dept: 145 AD3d 495 | denied |
| People v Robinson | 2d Dept: 145 AD3d 805 | denied |
| Pound, Matter of, v Owens | 4th Dept: 145 AD3d 1643 | denied* |
| Rundberg v Rundberg | 3d Dept: 140 AD3d 1461 | denied |
| Sager v County of Sullivan | 3d Dept: 145 AD3d 1175 | denied |
| Thornton, Matter of, v Saugerties Cent. Sch. Dist. | 3d Dept: 145 AD3d 1138 | denied |

---

* Motion for poor person relief dismissed as academic or denied.